In the Matter of the Application of DAVID GERST, Petitioner, for an Order against CARROLL E. MEALEY, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Supreme Court, Special Term, New York County, June 12, 1942.

*Irving D. Friedman*, for the petitioner.

*John J. Bennett, Jr., Attorney-General [James S. Regan and Hyman Wank, Assistant Attorneys-General*, of counsel], for the respondent.

HAMMER, J. Application by order to show cause for an order directing the Commissioner of Motor Vehicles to reinstate the automobile operator's license of petitioner is denied. Section 94-b of former article 6-A of the Vehicle and Traffic Law applies to any judgment in a civil action or cause of action arising out of an accident occurring prior to the effective date of the present law.